UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 17312
   KEITH LAMONT JONES
   CARLA JEAN JONES                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

      Debtor
  SSN XXX-XX-2506     SSN XXX-XX-4382

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 05/02/2005 and was confirmed 07/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  52.80%.

    The case was paid in full 01/12/2009.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 1197.87 | .00 | 632.49 |
| ROUNDUP FUNDING LLC | SECURED | 1230.62 | 770.00 | 1230.62 |
| ROUNDUP FUNDING LLC | UNSECURED | 21825.03 | .00 | 11523.62 |
| HSBC AUTO FINANCE | SECURED | 3500.00 | 377.73 | 3500.00 |
| HSBC AUTO FINANCE | UNSECURED | 8003.78 | .00 | 4226.00 |
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 1846.07 | .00 | 1846.07 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1811.61 | .00 | 956.57 |
| LORRAINE GREENBERG & ASS | DEBTOR ATTY | 1,800.00 | | 1,800.00 |
| TOM VAUGHN | TRUSTEE | | | 1,757.40 |
| DEBTOR REFUND | REFUND | | | .00 |

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 28,620.50 | |
| PRIORITY | | .00 |
| SECURED | | 6,576.69 |
|    INTEREST | | 1,147.73 |
| UNSECURED | | 17,338.68 |
| ADMINISTRATIVE | | 1,800.00 |
| TRUSTEE COMPENSATION | | 1,757.40 |
| DEBTOR REFUND | | .00 |
| TOTALS | 28,620.50 | 28,620.50 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                          PAGE   2
      CASE NO. 05 B 17312 KEITH LAMONT JONES & CARLA JEAN JONES